United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

ORIGINAL

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SEP - 8 2006
DAVID J. MALAND, CLERK
BY
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | Case No. 4:99cr00011 |
| § | (Judge Schell) |
| § | |
| JORGE ALBERTO § | |
| HERNANDEZ-BENITEZ § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the request for revocation of Defendant's Supervised Release. After the District Court referred the matter to this Court for a Report and Recommendation, the Court conducted a hearing on August 21, 2006 to determine whether Defendant violated his Supervised Release. Defendant was represented by Denise Benson. The Government was represented by Allen Hurst.

On October 12, 1999, Defendant was sentenced by The Honorable United States District Judge Richard A. Schell of the Eastern District of Texas after pleading guilty to the offense of Criminal Alien Unlawfully Found in the United States after Deportation. Defendant was sentenced to 70 months imprisonment followed by a 3 year term of supervised release. Defendant completed his term of imprisonment and began serving his supervised term on March 22, 2004.

On April 26, 2006, the Probation Officer filed a Petition for Warrant or Summons for Offender Under Supervision. The petition asserted that Defendant violated the following conditions: (1) Defendant shall not commit another federal, state, or local crime; and (2) Immediately upon release from confinement, the

Defendant shall be surrendered to a duty authorized immigration official for deportation proceedings in accordance with the established procedures provided by the Immigration and Naturalization Act, 8 U.S.C. § 1101 and if ordered deported, the Defendant shall remain outside of the United States.

The Government alleges that Defendant violated the terms of his Supervised Release as follows: (1) On December 24, 2005, the Defendant committed the misdemeanor offense of Burglary of Vehicle; (2) On January 30, 2006, the Defendant was arrested for the felony offenses of Burglary of Building and Evading Arrest/Detention Motor Vehicle; and (3) On March 22, 2004, as evidenced by the new criminal charges, the Defendant illegally re-entered the United States.

Prior to the Government putting on its case, the Defendant entered a plea of true to the above listed violations. At the hearing, the Court recommended that the Defendant's supervised release be revoked.

## **RECOMMENDATION**

The Court recommends that the District Court revoke Defendant's supervised release. Pursuant to the Sentencing Reform Act of 1984, the Court recommends that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-four (24) months, to be served consecutively to any other sentence, and with no supervised release to follow.

Signed this 25th day of August, 2006.

                                                    DON D. BUSH
                                                    UNITED STATES MAGISTRATE JUDGE